**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03241-REB-KMT

CANDACE MILLER,

     Plaintiff,

v.

ZWICKER & ASSOCIATES, P.C.,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss** [#11][1] filed April 17, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss** [#11] filed April 17, 2012, is **APPROVED**;

2. That the Final Pretrial Conference and the Trial Preparation Conference set for January 11, 2013, are **VACATED**;

3. That the jury trial set to commence January 28, 2013, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 17, 2012, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.